**Irving KLAW, Plaintiff-Appellant,**

v.

**Robert H. SCHAFFER, individually and as Postmaster of the United States Post Office at New York, N. Y., Defendant-Appellee.**

**No. 140, Docket 24778.**

United States Court of Appeals
Second Circuit.

Argued Jan. 9, 10, 1958.

Decided Jan. 31, 1958.

Sol Jacobson, New York City (Brower, Brill & Gangel, Joseph E. Brill, and Coleman Gangel, New York City, on the brief), for appellant.

Benjamin T. Richards, Jr., Asst. U. S. Atty., Southern District of New York City (Paul E. Williams, U. S. Atty., S.D. N.Y., New York City on the brief), for appellee.

Before HINCKS, LUMBARD, and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below, 151 F. Supp. 534. Roth v. United States, 354 U.S. 476, 77 S.Ct. 1304, 1 L.Ed.2d 1498; Public Clearing House v. Coyne, 194 U.S. 497, 24 S.Ct. 789, 48 L.Ed. 1092.

**Clark S. MARLOR, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 102, Docket 24704.**

United States Court of Appeals
Second Circuit.

Argued Jan. 9, 1958.

Decided Jan. 31, 1958.

Harrop A. Freeman, Ithaca, N. Y. (Norman D. Freeman, Ithaca, N. Y., on the brief), for petitioner.

Melvin L. Lebow, Atty., Dept. of Justice, Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Melva M. Graney, and James P. Turner, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before HINCKS, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

We agree in all respects with the dissenting opinion of Judge Raum, 27 T. C. 624. Hill v. Commissioner, 4 Cir., 181 F.2d 906.

Reversed.